**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): **21-2997**

Caption [use short title]

Motion for: **Appeal Process**

**MOREAU**

**V**

**SHERRY ELLSWORTH et al,**

Set forth below precise, complete statement of relief sought:

**Defendants evaded Appellant claim and the District Court got the Law, wrong, Appellant is asking the Court of Appeals to reverse the District Court's decision, with a finding of fact in Appellant's favor.**

MOVING PARTY: **Emile Moreau**          OPPOSING PARTY: **S. Ellsworth et al**

- [ ] Plaintiff
- [ ] Defendant
- [x] Appellant/Petitioner
- [x] Appellee/Respondent

MOVING ATTORNEY: **Emile Moreau Pro Se**          OPPOSING ATTORNEY: **Barbara D. Underwood**

[name of attorney, with firm, address, phone number and e-mail]

**Marcy Correctional Facility**          **28 Liberty Street**

**P.O. Box 3600**          **New York, N.Y. 10005**

**Marcy, N.Y. 13403-3600**

Court- Judge/ Agency appealed from: **David N. Hurd, U.S. District Judge "Northern District**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
- [x] Yes
- [ ] No (explain): _____

Opposing counsel's position on motion:
- [ ] Unopposed
- [ ] Opposed
- [x] Don't Know

Does opposing counsel intend to file a response:
- [ ] Yes
- [ ] No
- [x] Don't Know

Is oral argument on motion requested?
- [ ] Yes
- [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?
- [ ] Yes
- [ ] No  If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?
- [ ] Yes
- [x] No

Has this relief been previously sought in this court?
- [ ] Yes
- [x] No

Requested return date and explanation of emergency: _____

Signature of Moving Attorney:

_____  Date: **January 4, 2022**  Service by:
- [ ] CM/ECF
- [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Emile Moreau                    )
          Plaintif- Appellant,)        Civil Case No.:
          vs.                   )                      21-2997
                                )
Sherry Ellsworth et Al.         )
          Defendants-Appellees)

## MOTION FOR APPOINTMENT OF COUNSEL

X(A)    I hereby request a court-appointed attorney to represent me in this action.

X(B)    I have contacted the following attorneys in my effort to obtain counsel:

          (1) Perecman Firm. (2) William Schwitzer,
          (3) ACLU. (4) FERRER POIROT, WANSBROUGH.
          (5) BOND SCHOENECK & KING.

NOTE:    You **must** first attempt to find an attorney on your own before you file a
         motion for appointment of counsel with the Court. *See Terminate
         Control Corp. v. Horowitz,* 28 F.3d 1335 (2d Cir. 1994).

X(C)    I have attached to this motion the correspondence I have received from the
         attorneys listed above.

(D)     The reasons I believe I should be appointed counsel pro bono are as follows:
          Appellant's imprisonment will greatly limit his abili-
          ty to litigate, and he has limited access to the law
          library and limited knowledge of the law.
          WHEREFORE, Appellant request that the court for appoint
          of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 4, 2022

                                        _____
                                        Signature of Appellant

Marcy Correctional Facility
P.O. Box 3600
Marcy, N.Y. 13403-3600

Emile Moreau # 04A1588

January 4,2022

United States Court of Appeals
for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Forley Square
New York, N.Y. 10007
Caterine O'Hagan Wolfe, Clerk of the Court

RE: Moreau v Ellsworth No: 21-2997

Please find Enclose: A Certificate of Service. (2) Form T-1080. (3) Form 7. (4) Form D-P. (5) Prisoner Authorization Form. (6) Pro Se Scheduling Notification. (7) Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis. (8) Acknowledgment and Notification of Appearance. (9) Motion for Appointment of counsel.

Dear Hon. Wolfe, Marcy Corr. Fac. will be locked down on January 5,2022, thus there will be no Law Library Services, thus any paper the Court send tome, I may have problem to send it back on time to the Court.

I received the Appeal documents that the Court sent me on December 8,2021 on December 24,2022,see copy of the envelope attached.

Respectfully Submitted

Emile Moreau



quadient

PRIORITY MAIL

$007.95

12/08/2021 ZIP 10007
03M?1215156

US POSTAGE

Emilio Perez
00#413X8

Marcy Correctional Facility
9000 Old River Road
P.O. Box 5000
Marcy, New York 13403-5000
Attn: Correspondence

# UNITED STATES DISTRICT COURT
for the

NORTHERN _____ DISTRICT OF NEW YORK _____

EMILE MOREAU _____ ,

Plaintiff

v.

S. ELLSWORTH et al, _____ ,

Defendant

)
)
)
)
)
)
)
)
)
)

Case No. 20-cv-124 _____

(DNH/ATB/

RECEIVED 2022 JAN 11 AM 9:55 U.S. COURT OF APPEALS

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: | Date: **January, 4, 2022** |

My issues on appeal are: defendants tampering with Appellant legal mail,

denied him access to courts, and they retaliated against him,

and Northern District Court got the Law wrong.

1.   *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 0 | $ 0 | $ 0 | $ 0 |

2.  *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | NONE | NONE | $ 0 |
| NONE | NONE | NONE | $ 0 |
| | NONE | NONE | $ 0 |

Rev. 12.1.2018

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|----------|---------|---------------------|-------------------|
| N/A | N/A | N/A | $ 0 |
| N/A | N/A | N/A | $ 0 |
| N/A | N/A | N/A | $ 0 |

4. *How much cash do you and your spouse have? $_____*

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|-----------------------|-----------------|-----------------|------------------------|
| | INMATE ACCOUNT | $ 2,300.00 | $ N/A |
| | | $ 2,300.00 | $ N/A |
| | | $ 2,300.00 | $ N/A |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home N/A | Other real estate N/A | Motor vehicle #1 N/A | |
|----------|------------------------|----------------------|---|
| (Value) $ N/A | (Value) $ | (Value) $ N/A | |
| | | Make and year: N/A | |
| | | Model: N/A | |
| | | Registration #: N/A | |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ 0 | (Value) $ 0 |
| Make and year: | 0 | 0 |
| Model: | 0 | 0 |
| Registration #: | 0 | 0 |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONe | $    0 | $    N/A |
| NONe | $    0 | $    N/A |
| NONe | $    0 | $    N/A |
| NONe | $    0 | $    N/A |

7.    State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| NONe | NONe | NONe |
| NONe | NONe | NONe |
| NONe | NONe | NONe |

8.    *Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>　　　Are real estate taxes included? ☐ Yes ☐ No<br>　　　Is property insurance included? ☐ Yes ☐ No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | 0 |
| 　　　Homeowner's or renter's: | $ 0 | $ 0 |
| 　　　Life: | $ 0 | $ 0 |
| 　　　Health: | $ 0 | $ 0 |
| 　　　Motor vehicle: | $ 0 | $ 0 |
| 　　　Other: | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | | |
| 　　　Motor Vehicle: | $ 0 | $ 0 |
| 　　　Credit card (name): | $ 0 | $ 0 |
| 　　　Department store (name): | $ 0 | $ 0 |
| 　　　Other: | $ 0 | $ 0 |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ *0* | $ *0* |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ *0* | $ *0* |
| Other (specify): | $ *0* | $ *0* |
| **Total monthly expenses:** | $ *0* | $ *0* |

9.  *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes ☑ No        If yes, describe on an attached sheet.

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☐ No

    *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I AM AN INMATE, I HAVE 20 YEARS OF INCARCERATION.

12. *State the city and state of your legal residence*
    MARCY CORRECTIONAL FACILITY, BOX 3600, MARCY, N.Y. 13403-3600
    *Your daytime phone number:* N/A

    *Your age:* 65        *Your years of schooling:* G.E.D. Ally For college.

**Federal Rules of Appellate Procedure Form 7.   Declaration of Inmate Filing**

United States District Court for the District of _____New York Northern District_____

**EMILE MOREAU**

|  |  |  |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. _**20-cv-124 (DNH/ATB)**_ |
| | ) | |
| **Sherry Ellsworth et al,** | ) | |
| *Defendant.* | ) | |

I am an inmate confined in an institution. Today, *JANUARY 4/22* [*insert date*], I am depositing the _____ [*insert title of document; for example, "notice of appeal"*] in this case in the institution's internal mail system. First-class postage is being prepaid either by me or by the institution on my behalf. *CERTIFICATE OF SERVICE, Form T-1089 Form 4, CIVIL ACTION FORM D-P*

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here _____

Signed on *JANUARY 4, 2022* [insert date]

[***Note to inmate filers:*** *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(C).*]

Marcy Correctional Facility
Box 3600
Marcy, N.Y. 13403-3600
Emile Moreau # 04A1588

August 25,2020

Lauren R. Eversley
Assistant Attorney General
The Capitol
Albany, N.Y. 12224-0341


 Please find Enclose:

1). A refusal of knee surgery, dated August 22,2016. "1 page."

2). Plaintiff letter U.S. Supreme Court, dated April 26,2017, "In
Re: Moreau v. Peterson (USAP2 # 15-2534." "1 page."

3). A Foil Request, dated February 22,2017, requested legal mail
list of February 27,2017, and a Foil Memorandum, dated February
27,2017. "2 pages."

4). A Foil Request, dated March 24,2017, requested response of
Supv. S. Ellswrote on Grievance, dated February 27,2017, # 27275-
17, and Grievance, dated March 1,2017, # 27279-17, and two (2)
Foil Memorandum, dated April 3,2017. (3 pages.)

5). A Foil Request, dated March 29,2017, requested legal mail
list,dated March 23, March 27,2017, and a Foil Memorandum , dated
April 5, 2017. "2 pages."

6). Plaintiff's letter, dated March 27,2017, to Supt. W. Lee,
concerning C.o. J. Vonderheyde retaliation. "2 pages."

7). Plaintiff letter, dated April 17,2017, To Cheryl Morris, DSP.
concerning grievance and mail tampering. "1 page."

8). A letter, dated June 7,2017, from U.S. Postal Service. "1
page."

9). A grievance, dated July 4,2017, an appeal, dated July

25,2017, to Supt. W. Lee, a witness, M. Simmons' letter,dated July 4,2017, an appeal to CORC, dated August 25,2017. "7 pages."

10). A response letter from C. Morris, DSP., dated January 26,2018. "1 page."

11). A Verified Answer, dated April 2,2014, February 27,2014, from Francine Broughton Legal Assistant. "8 pages".

12). Plaintiff letter, dated January 18,2013, to Sgt. Kutz requested help for Notary and Legal Mails. "1 page."

13). An Affidavit of Service, dated March 25,2015. Request for Appellate Division Intervention,, a letter from Appellate Division, dated April 29,2015, "4 pages."

14).Notice of Intention to file a claim, in regard of claim # 122340. "2 pages."

15). A letter from Appellate Division Supreme Court, dated March 8,2018, which informed plaintiff that his appeal was dismissed on September 19,2016, a motion letter, dated June 7,2018, requested the Court to re-instate appellant appeal Docket No. 2015-03515. "25 pages."

16). A CORC's decision, dated 4/29/20, on Grievance # CAY 18351-18. "1 page."

17.) A petition for a writ of Certiorari to U.S. Supreme Court "219 pages, including exhibits' pages."

18). A Consent to Exercise of Jurisdiction by a United States Magistrate Judge.

19). Please you may request from U.S. Court of Appeals Second Cir. "Moreau v. Peterson, No. 15-2534, DKT No. 1 (2d Cir. August 11,2015,) Plaintiff's appeal brief, the 2d. Cir. decision and

plaintiff's brief for a Rehearing,

**20).** Plaintiff needs a Creole Interpreter.

Respectfully Submitted,

E. Moreau, Pro-Se

cc/file this enclose letter to U.S. Dist. Court, Northern

District Court.

Plaintiff sent 281 pages not including # 18.

Eastern NY Correctional Facility
30 Institution Road
P.O. Box 338
Napanoch, NY. 12458-0338
Emile Moreau # 04A1588

July 25,2017

Perecman Firm
250 West 57th, Suite 401
New York, NY. 10107
Dear Members of Perecman Law Firm,

I am writing seeking someone to represent me in the court
because prison authorities barred me from communicating with the
courts, lawyers, and any organization that could help me with my
criminal ans civil cases.

Just to give you a brief history of their crime against me:

On April 8,2010, I was discriminated against by a teacher who
sent me out of his class, stating that "I had bad odor in his
class." The Superintendent and the School Principal were aware
of the discrimination against me, and they took no action to
protect my Constitutional Right.

Between April 2010 and 2012, there was a lots of
discrimination against me, however, I exhausted my
administrative remedy, and on December 27,2013, I filed a claim
under 42 U.S.C. § 1983, however, Supt. W. Lee and his mail-room
supervisor held the claim for ten days before they sent it to
the court, which caused U.S. District Court for Southern
District of New York dismissing my claim, and on October
27,2016, the Court of Appeal 2d. Cir. denied my appeal.

On February 16,2017, I appealed to the U.S. Supreme Court,
nevertheless, they barred me from communicating with the U.S.
Supreme Court.

I wrote grievances against them, on May 8,2017, Mr. A. Black,
grievance supervisor, gave me a direct order to ambulate the
curving 23 stairs going up to his office, when indeed, I have a
medical flat pass for not to go at his office.

Unfortunately, while I was climbing the stairs, my left knee
collapsed, and I fell down the stairs, injuring my head, my

neck, my shoulder, my back, and my knees. Medical Staff came and took me to the hospital for treatment, since then, I have pain all over my body. Although I'm in therapy and I have a Tens Unit to help me with my shoulder, I'm still in much pain.

I would like your Law Firm to represent me in the court.

Thank you for your time, and I hope soon to hear from you.

Sincerely Yours,

Emile Moreau

Eastern NY Correctional Facility
30 Institution Road
P.O. Box 338
Napanoch, NY. 12458-0338
Emile Moreau # 04A1588

October 22,2017

William Schwitzer
and Associates, PC
820 Second Avenue, 10th Floor
New York, NY. 10017
Dear Mr. William Schwitzer,

I would like you to represent me in the court, I really need
your help. because prison authorities barred me from
communicating with the courts, lawyers, and any organization
that could help me with my criminal and civil cases, and they're
torturing me.

Just to give you a brief history of their crime against me:

On April 8,2010, I was discriminated against by a teacher who
sent me out of his class, stating that "I had bad odor in his
class." The Superintendent and the School Principal were aware
of the discrimination against me, and they took no action to
protect my Constitutional Right.

Between April 2010 and 2012, there was a lots of
discrimination against me, however, I exhausted my
administrative remedy, and on December 27,2013, I filed a claim
under 42 U.S.C. § 1983, however, Supt. W. Lee and his mail-room
supervisor held the claim for ten days before they sent it to
the court, which caused U.S. District Court for Southern
District of New York dismissing my claim, and on October
27,2016, the Court of Appeal 2d. Cir. denied my appeal.

On February 16,2017, I appealed to the U.S. Supreme Court,
nevertheless, they barred me from communicating with the U.S.
Supreme Court.

I wrote grievances against them, on May 8,2017, Mr. A. Black,
grievance supervisor, gave me a direct order to ambulate the
curving 23 stairs going up to his office, when indeed, I have a
medical flat pass for not to go at his office.

Unfortunately, while I was climbing the stairs, my left knee collapsed, and I fell down the stairs, injuring my head, my neck, my shoulder, my back, and my knees. Medical Staff came and took me to the hospital for treatment, since then, I have pain all over my body. Although I'm in therapy and I have a Tens Unit to help me with my shoulder, I'm still in much pain.

I would like your Law Firm to represent me in the court.

Thank you for your time, and I hope soon to hear from you. May God bless you !!

Sincerely Yours,

Emile Moreau



LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT

*ACLU*
*212-549-2500*

October 31, 2017

AMERICAN CIVIL
LIBERTIES UNION FOUNDATION

PLEASE RESPOND TO:
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202 393.4930
F/202 393.4931
WWW.ACLU.ORG

DAVID C FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC.
PRACTICE LIMITED TO
FEDERAL COURTS

Dear Sir or Madam:

We regret to inform you that the ACLU's National Prison Project (NPP) no longer has the resources to respond to individual requests for legal assistance or information. Because of our limited resources, we do not do any advocacy for individual prisoners, nor do we provide representation in individual criminal cases. **For these reasons, please do not send any court documents or any documents that you need returned.**

The NPP has also discontinued paper circulation of all publications, including the NPP Journal, Prisoners' Assistance Directory, and Play It Safe.

Again, we deeply regret that we can no longer respond to your requests.

Sincerely,

David Fathi
Director

*Received on nov. 7/17*



JESSE F. FERRER - *TX*
JOE POIROT * - *OK, TX*
AARON G. WANSBROUGH - *TX*
CHRISTINA FELLER - *FL, TX*
MATTHEW DANIEL - *CA, TX*
RUSSELL T. ABNEY - *AL, GA, NY, TX*
HUNTER LINVILLE - *GA, TX*

**FERRER POIROT**

**WANSBROUGH**

Feller | Daniel | Abney | Linville

JOHN T. KIRTLEY, III * †
LATOYA CHAMBERS - *TX*
BLAKE TANASE - *GA, NJ*
HUSSAIN ISMAIL - *TX*
JAMES HEARON - *TX*
MATTHEW VINSON - *TX*
YVETTE FERRER - *NY*
MOLLY WEST - *FL, GA*

†BOARD CERTIFIED - CIVIL TRIAL LAW NATIONAL BOARD OF TRIAL ADVOCACY
LICENSED IN *AR, CO, D.C., GA. IL, MA, MN, MO, NC, NY, PA, TX, WI & WV*

* BOARD CERTIFIED - PERSONAL INJURY
TRIAL LAW, TEXAS BOARD OF LEGAL SPECIALIZATION

DALLAS | ATLANTA
LAWYERWORKS.COM

July 30, 2018

⁷²Mr. Emile Moreau 04A1588
P.O. Box 1186
Moravia NY 13118-1186

**RE: Your potential claim**

Dear Mr. Moreau 04A1588:

Thank you very much for contacting our office regarding Knee Implant. **Please be advised that at this time, your claim does not meet the criteria we have established. Therefore, we will not be able to represent you in connection with your potential claim.**

Please understand that this does not mean that your case necessarily lacks merit. Another attorney may reach a different conclusion based on the same information and could succeed in establishing a claim against the responsible party. For this reason, I urge you to seek the advice of another attorney immediately. Please keep in mind that failure to file the suit or provide appropriate notice within the applicable time frames could result in your claim being permanently barred. The whole area of limitation periods and notice requirements relating to suits is complex and constantly changing. Our office will maintain your information, and if at a later date our criteria changes, we will contact you.

**Medwatch is the FDA program for reporting serious reactions and problems with medical products, such as drugs and medical devices. You may wish to report to the FDA any adverse event that you have experienced. You may contact MedWatch by phone at 1-800-FDA-1088, by Fax at 1-800-FDA-0178, by mail at MedWatch, HF-410, FDA, 5600 Fishers Lane, Rockville, MD 20852-9787, or on their website at http://www.fda.gov/medwatch/how.htm.**

For the most part, the Legislature and Courts determine the laws governing injury claims. However, powerful special interests groups have lobbied elected officials to restrict the rights of victims with valid injury claims. Promoted as "tort reform", these restrictions are attacks on consumer protection laws placing families at greater personal risk, while pharmaceutical companies use laws to their advantage. If you value life, and share our concern about the need to preserve your legal rights in the justice system, please make your federal and state elected officials aware of the profound impact these so called "tort reforms" have, or may have, on you and your family. Real "reform" should help families - not increase the profits for the powerful pharmaceutical companies, corporate interests, and big businesses. **You may contact your state legislators at http://www.house.gov/ or http://www.senate.gov/.**

With kind regards,

**Ferrer Poirot Wansbrough**
**Feller Daniel Abney Linville**
info@lawyerworks.com

FPW/35062F18/PB
Mailed via USPS Regular Mail



P.O. BOX 199109 • 2603 OAK LAWN AVE., #300 • DALLAS, TX 75219-9109 • OFFICE (800) 521-4492 • FAX (866) 513-0115 • FAX (214) 550-2696

PROTECTING VICTIMS' RIGHTS SINCE 1981

**BOND** SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355



US POSTAGE
$00.47⁹
First-Class

Mailed From 13202
08/24/2018
032A 0061822091

* 0 0 0 0 0 0 3 2 3 3 *

B1-11B

**LEGAL MAIL**
Mr. Emile Moreau
#04A1588
Cayuga Correctional Facility
P.O. Box 1186
Moravia, New York 13118



RECEIVED
CAYUGA CORRECTIONAL FACILITY
AUG 27 2018
CORRESPONDENCE

⑤

13118$1186 B099



7017 0190 0000 9588 5071

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee    $3.45
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $

Postage    $2.89

Total Postage and Fees    $9.09
$

Sent To  Bond, Schoe neck, King PLLC
Street and Apt. No., or PO Box No.  1 Lincoln Cntr. Syr. N.Y. 13202
City, State, ZIP+4  Attn George love

PS Form 3800, April 2015    See Reverse for Instructions



125 Broad Street
New York, NY 10004
212.607.3300
212.607.3313
www.nyclu.org

March 18, 2019

Emile Moreau
No. 04-A-1588
Cayuga Correctional Facility
P.O. Box 1186
Moravia, New York 13118

Dear Emile Moreau:

We apologize for the delay in responding to your request for legal assistance. We write in response to your letter dated November 6, 2018 requesting legal assistance from the New York Civil Liberties Union ("NYCLU"). Unfortunately, we will not be able to assist you with this matter.

The NYCLU is a public interest law firm that principally addresses challenges to a government law, policy or practice affecting the constitutional rights of a significant number of people arising in the State of New York. We are a private and non-profit organization and have limited resources. While we receive a large number of complaints regarding violations of civil rights and civil liberties, we can only accept very few matters due to our limited resources. And due to those limited resources, the NYCLU does not have the resources to work on *individual* issues related to prisoners' situation. However, you may wish to contact the ***Prisoners' Rights Project***, 199 Water Street, New York, NY 10038.

We are sorry to be unable to help you directly but wish you luck in resolving this matter to your satisfaction.

Sincerely,                                    (CS)

The Legal Intake Committee



NEOPOST 01/06/2022 US POSTAGE $000.00°

ZIP 13403
0411 11253879

Macy

Correctional Facility

To. U.S. Court of Appeals
For the Second Circuit
Thurgood Marshall US Court House
40 Foley Square
New York, N.Y. 10007

Macy Correctional Facility
P.O. Box N.Y. 13403-3600
Marcy, N.Y. 13403-3600
Eddie Nolasco #DIN 91588

Legal Mail

♲ Printed On Recycled Paper

THE court

MARCY CORRECTIONAL FACILITY
P.O. BOX 3600
MARCY, NY 13403—3600
Emilio MORALES # 04-A-1588

USM FLD
SDNY

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

EMILE MOREAU

**CERTIFICATE OF SERVICE\***

v.

Docket Number: 21-2997

SHERRY ELLSWORTH ET AL,

I, Emile Moreau , hereby certify under penalty of perjury that

on January 4, 2022 (print name)

(date) , I served a copy of *MOTION FOR PERMISSION TO APPEAL*

*IN FORMA PAUPERIS ACKNOWLEDGEMENT, FORM T-1080, MOTION FOR APPOINTMENT OF COUNSEL, FORM 7,*
*FORM D-P, PRO-SE SCHEDULING NOTIFICATION* (list all documents) *PRISONER AUTHORIZATION FORM*

by (select all applicable)\*\* *AN ENCLOSE LETTER WITH COPY ENVELOPE*
*THAT THE COURT SENT ME ON DECEMBER 8, 2021*
*AND APPELLANT RECEIVED IT ON DECEMBER 24/21*

\_\_\_ Personal Delivery       X United States Mail       \_\_\_ Federal Express or other
                                                              Overnight Courier

\_\_\_ Commercial Carrier       \_\_\_ E-Mail (on consent)

on the following parties:

Barbara D. Underwood, Attorney General, Liberty Street,
New York, N.Y. 10005

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

\*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

\*\*If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

JANUARY 4, 2022
_____
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)