```
                                                                    N.D.N.Y.
                                                                  20-cv-124
                                                                    Hurd, J.
```

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of May, two thousand twenty-two.

Present:
>    Amalya L. Kearse,
>    Dennis Jacobs,
>    William J. Nardini,
>        *Circuit Judges*.

---

Emile Moreau,

        *Plaintiff-Appellant*,

  v.                                       21-2997

Sherry Ellsworth, Mailroom Supervisor, Eastern NY Correctional Facility, et al.,

        *Defendants-Appellees*.

---

Appellant, pro se, moves for in forma pauperis ("IFP") status, appointment of counsel, and summary reversal. Upon due consideration, it is hereby ORDERED that the IFP motion is DENIED as unnecessary. *See* Fed. R. App. P. 24(a)(3). It is further ORDERED that the motions for appointment of counsel and summary reversal are DENIED. *See Cooper v. A. Sargenti Co., Inc.*, 877 F.2d 170, 173 (2d Cir. 1989) (per curiam); *Hodge v. Police Officers*, 802 F.2d 58, 61–62 (2d Cir. 1986). This appeal will proceed in the ordinary course. Appellant is directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2.

                                                                FOR THE COURT:
                                                                Catherine O'Hagan Wolfe, Clerk of Court

